IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AGENCY SERVICES OF ARKANSAS, INC. d/b/a THE ASA GROUP, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:14CV00012 SWW |
| STACY J. MONGAR and MICHAEL MONGAR, | * * * | |
| Defendants. | * | |

**Order**

Before the Court is the unopposed motion of Separate Defendant Stacy J. Mongar for an extension of the discovery and motions deadline in this case. The motion [ECF No. 45] is granted. The discovery deadline is extended to January 31, 2015. The dispositive motion deadline is extended to January 9, 2015. Responses to any motions for summary judgment are to be filed within eleven (11) days; any replies to responses are due within five days. The response periods exclude the additional three days otherwise provided for by Fed.R.Civ.P. 6(d).

Also before the Court is a motion for leave to file a reply in further support of Separate Defendant Michael Mongar's motion to dismiss. The motion [ECF No. 49] is granted.

SO ORDERED this 5th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE