IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AGENCY SERVICES OF ARKANSAS, INC. d/b/a THE ASA GROUP, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:14CV00012 SWW |
| STACY J. MONGAR and MICHAEL MONGAR, | * * * | |
| Defendants. | * | |

**Order of Dismissal**

Pursuant to the parties' joint motion to dismiss this matter pursuant to a settlement agreement,

IT IS THEREFORE ORDERED that all claims and counterclaims pending in this action are hereby dismissed with prejudice.

DATED this 15th day of December, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE